IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) | Case No. 20-cv-7216 |
| | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | |
| TRADEMARK FLOORING, INC. and DAVID LOCKHART | ) ) | |
| | ) | |
| Defendants. | ) | |

## Motion for Default Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendants' failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on December 7, 2020 and the summonses and complaints were served on Stephen Lindstrom, registered agent (December 9, 2020) and David Lockhart (December 19, 2020). (Exhibit A, affidavits of service)

2.      The Defendants have failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant, Trademark Flooring, Inc., has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, Trademark Flooring, Inc. is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Trademark Flooring, Inc.'s employees and to pay the ERISA contributions based on those hours.

4.     Trademark Flooring, Inc.submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $135,062.20 for the months of July 2020 through October 2020. Trademark Flooring, Inc. also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $7,180.55 for the period July 2020 through October 2020. (Exhibit B, affidavit of Kristina M. Guastaferri, CPA, Administrator, Chicago Regional Council of Carpenters Benefit Funds)

5.     Trademark Flooring, Inc. owes interest on the unpaid ERISA contributions in the amount of $1,551.37 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit B)

6.     Trademark Flooring, Inc. owes liquidated damages on the unpaid ERISA contributions in the amount of $15,739.13 for the period December 2019 through October 2020 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

7.     Trademark Flooring, Inc. owes the sum of $2,913.00 for necessary and reasonable attorney fees and costs of $532.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

8.     Defendant, David Lockhart, is personally liable for the dues under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, et seq. David Lockhart is an officer of Trademark Flooring, Inc. and knowingly permitted and willfully refused to remit dues on behalf of its employees in violation of the Wage Act. 820 ILCS 115/14.

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted against Trademark Flooring, Inc. in the amount of $162,978.25 and against David Lockhart individually in the amount of $7,180.55.

Respectively submitted,

s/ Daniel P. McAnally

Attorney for Plaintiffs

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com